1

2

3

4   *E-FILED on 7/31/12*

5

6

7

8

9                    IN THE UNITED STATES DISTRICT COURT

10            FOR THE NORTHERN DISTRICT OF CALIFORNIA

CARRANZA HURTADO ELOY,            )        No. C 12-1415 RMW (PR)
11                                          )
                    Plaintiff,             )        ORDER OF DISMISSAL
12                                          )
       v.                                   )
13                                          )
UNKNOWN,                                    )
14                                          )
                    Defendants.            )
15  _____)

16        Plaintiff, a California state prisoner, filed a pro se civil rights complaint pursuant to 42

17  U.S.C. § 1983.  On June 5, 2012, upon initial screening, the court dismissed plaintiff's complaint

18  with leave to amend.  In the order, the court ordered plaintiff to file an amended complaint

19  curing the noted deficiencies within thirty days of the filing date of the order.  The court warned

20  that if he failed to file a response within the court's deadline, it would result in the dismissal of

21  this action without prejudice.  More than thirty days have elapsed and the court has received no

22  response from plaintiff.

23        Accordingly, the instant action is DISMISSED without prejudice.  The clerk shall

24  terminate all pending motions and close the file.

25        IT IS SO ORDERED.
                    *7/31/12*
26  DATED: _____

27                                          *Ronald M. Whyte*
                                            RONALD M. WHYTE
                                            United States District Judge
28

Order of Dismissal
G:\PRO-SE\SJ.Rmw\CR.12\Eloy415dis.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CARRANZA HURTADO ELOY,

             Plaintiff,

  v.

SANTA CRUZ COUNTY et al,

             Defendant.

_____/

Case Number: CV12-01415 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 31, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Carranza Hurtado Eloy #06541-051
1325 Felicia Court
Oxnard, CA 93030

Dated: July 31, 2012

Richard W. Wieking, Clerk
By: Jackie Lynn Garcia, Deputy Clerk