1

2

3          *E-FILED - 7/31/12*

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

CARRANZA HURTADO ELOY,              )        No. C 12-1415 RMW (PR)
11                                  )
                Plaintiff,          )        JUDGMENT
12                                  )
      v.                            )
13                                  )
UNKNOWN,                            )
14                                  )
                Defendants.         )
15 _____)

16

17        The court has dismissed the instant action.  A judgment of dismissal without prejudice is

entered.  The clerk shall close the file.

18

19        IT IS SO ORDERED.

DATED: _____            _Ronald M. Whyte_____
20           7/31/12
                                  RONALD M. WHYTE
21                                United States District Judge

22

23

24

25

26

27

28

Judgment
G:\PRO-SE\SJ.Rmw\CR.12\Eloy415jud.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


CARRANZA HURTADO ELOY,

        Plaintiff,

  v.

SANTA CRUZ COUNTY et al,

        Defendant.
_____/

Case Number: CV12-01415 RMW

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 31, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Carranza Hurtado Eloy #06541-051
1325 Felicia Court
Oxnard, CA 93030

Dated: July 31, 2012

                Richard W. Wieking, Clerk
                By: Jackie Lynn Garcia, Deputy Clerk